IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02544-MSK-KLM

KEVIN D. EVANS,

    Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Opposed Motion for Leave to File Amended Complaint Pursuant to Freedom of Information Act** [Docket No. 13; Filed December 29, 2011] (the "Motion"). On November 30, 2011, the District Judge entered an Order [#12] staying all proceedings in this matter until thirty days after a final judgment is entered in *Judicial Watch v. Dept. of Defense*, Civil Action No. 11-890-(JEB) (D.D.C.). In consideration of that Order,

    IT IS HEREBY **ORDERED** that the Motion [#13] is **DENIED without prejudice** to refiling after the stay has been lifted.

    IT IS FURTHER **ORDERED**, *sua sponte*, that the Scheduling Conference set for January 26, 2012 at 10:30 a.m. is **VACATED**. It shall be reset after the stay in this matter has been lifted.

    Dated: January 19, 2012