IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02544-MSK-KLM

KEVIN D. EVANS,

    Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Opposed Motion for Leave to File Amended Complaint Pursuant to Freedom of Information Act** [Docket No. 19; Filed May 31, 2012] (the "Motion"). On November 30, 2011, the District Judge entered an Order [#12] staying all proceedings in this matter. The stay in this case has not yet been lifted by the District Judge. Further, it appears that there has been no final judgment in *Judicial Watch v. Dep't of Defense*, Civil Action No. 11-890-(JEB) (D.D.C.), as the case is currently on appeal. In consideration of the current stay,

    IT IS HEREBY **ORDERED** that the Motion [#19] is **DENIED without prejudice** to refiling after the stay has been lifted.[1]

    Dated: July 11, 2012

---

[1] The Court has previously informed Plaintiff that he may only refile his request to file an amended complaint after the stay in this matter has been lifted. *See Minute Order* [#16].