IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02544-MSK-KLM

KEVIN D. EVANS,

    Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File First Amended Complaint Pursuant to Freedom of Information Act, and Rule 7.1(a) Certification** [#37] (the "Motion"). On April 24, 2013, Chief Judge Krieger imposed a stay on this case "until 30 days after a final resolution of all appeals of *Judicial Watch v. Dept. of Defense*, Civil Action No. 11-890 (JEB) (D.C.C.)." *Order* [#28] at 3. The parties have informed the Court that the United States Supreme Court denied certiorari in that case on January 13, 2014, thereby exhausting all appeals. Thus, the stay in this matter expired by the terms of Chief Judge Krieger's Order [#28] on February 12, 2014. Plaintiff now seeks leave to file an Amended Complaint, to which Defendant is unopposed. Accordingly,

    IT IS HEREBY **ORDERED** that the Clerk of Court shall update the electronic docket to reflect that the stay in this case was lifted on February 12, 2014.

    IT IS FURTHER **ORDERED** that the Motion [#37] is **GRANTED**. The Clerk of Court shall accept Plaintiff's Amended Complaint and attached exhibits [#37-1, #37-2, #37-3, #37-4, #37-5] for filing as of the date of this Minute Order.

    Dated: March 26, 2014